j             UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 10-cr-95-01-JD

<u>Brian Decoito</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 26) filed by defendant is granted; Trial is continued to the two-week period beginning December 7, 2010 at 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: August 25, 2010

cc: David Ruoff, Esq.
    Arnold Huftalen, Esq.
    U.S. Marshal
    U.S. Probation